UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eric Krieg

    v.

FCI Berlin, Warden

Case No. 22-cv-243-SM

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 15, 2023, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: July 10, 2023

cc:   Eric Krieg, pro se